# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

129304 & (51)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RICHARD LEE HASSELBRING,
    Defendant-Appellant.

SC: 129304
COA: 257846
Eaton CC: 03-020327-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would vacate the stay.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005

_____
Clerk

d1003